IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **FIKRI BAYRAMOGLU,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 13-1094 YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Before the Court is Defendants Branch, Santiago, Hancock, and Vera's motion to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file, Defendants' motion is GRANTED.

Currently pending before the Court is Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status and Dismiss the Complaint (Docket No. 21), briefing of which will not be completed until well beyond Defendants' current deadline to file a summary judgment or other dispositive motion in this case. In an effort to avoid the potentially unnecessary expenditure of the parties' and the Court's resources, Defendants deadline to file a summary judgment or other dispositive motion will be extended to 60 days after the Court enters an order on Defendants' pending Motion to Revoke Plaintiff's *In Forma Pauperis* Status.

IT IS SO ORDERED.

Dated: _March 3, 2014 _____        _____
                                                                                             The Honorable Yvonne Gonzalez Rogers
                                                                                             United States District Judge

SF2013406332
40901949.doc

1