UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No.  13-cv-01094-YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO PAY FULL FILING FEE AND FILE A MOTION TO REOPEN CASE** |

Plaintiff, a state prisoner and frequent litigant in federal court, filed this *pro se* civil rights action under 42 U.S.C. § 1983.  In an Order dated July 23, 2014, Plaintiff's *in forma pauperis* status was revoked pursuant to 28 U.S.C. § 1915(g).  Dkt. 27.  The case was dismissed without prejudice to Plaintiff's filing a motion to reopen no later than twenty-eight days from the date of that Order, accompanied by the full filing fee of $350.00.  *Id.* at 10.

Plaintiff has since filed a request for an extension of time to pay the full filing fee and file a motion to reopen.  Dkt. 38.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may pay the full filing fee and file a motion to reopen will be extended up to and including **twenty-eight (28) days** from the date of this Order.

This Order terminates Docket No. 38.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.13\Bayramoglu.1094.EOTpayfilingfee.docx