UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

    Plaintiff,

    v.

MATTHEW CATE, et al.,

    Defendants.

Case No. 13-cv-01094-YGR (PR)

**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO PAY FULL FILING FEE AND FILE A MOTION TO REOPEN CASE**

Plaintiff, a frequent litigant in federal court, filed this *pro se* civil rights action under 42 U.S.C. § 1983. In an Order dated July 23, 2014, Plaintiff's *in forma pauperis* status was revoked pursuant to 28 U.S.C. § 1915(g). Dkt. 27. The case was dismissed without prejudice to Plaintiff's filing a motion to reopen no later than twenty-eight days from the date of that Order, accompanied by the full filing fee of $350.00. *Id.* at 10.

On October 29, 2014, the Court granted Plaintiff a twenty-eight-day extension of time to pay the full filing fee and file a motion to reopen. Dkt. 39.

On November 17, 2014, Plaintiff filed a second request for an extension of time to pay the full filing fee and file a motion to reopen, up to and including six months from the date he filed the request. Dkt. 40. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. The time in which Plaintiff may pay the full filing fee and file a motion to reopen will be extended up to and including **May 18, 2015.**

This Order terminates Docket No. 40.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge