UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01094-YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR THIRD EXTENSION OF TIME FOR PLAINTIFF TO PAY FULL FILING FEE AND FILE A MOTION TO REOPEN CASE** |

Plaintiff, a state prisoner and frequent litigant in federal court, filed this *pro se* civil rights action under 42 U.S.C. § 1983. In an Order dated July 23, 2014, Plaintiff's *in forma pauperis* status was revoked pursuant to 28 U.S.C. § 1915(g). Dkt. 27. The case was dismissed without prejudice to Plaintiff's filing a motion to reopen no later than twenty-eight days from the date of that Order, accompanied by the full filing fee of $350.00. *Id.* at 10.

Plaintiff has filed two previous requests for an extension of time to pay the full filing fee and file a motion to reopen. Dkts. 38, 40. The Court granted both requests. Dkts. 39, 42.

On March 10, 2015, Plaintiff filed a third request for an extension of time to pay the full filing fee and file a motion to reopen. Dkt. 45. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a third extension of time is GRANTED. The time in which Plaintiff may pay the full filing fee and file a motion to reopen will be extended up to and including **August 31, 2015.**

This Order terminates Docket No. 45.

**IT IS SO ORDERED.**

Dated: April 7, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　United States District Court Judge